**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

  VS                                                     CASE NO. 3:98cr126-01/LAC

JEFFREY THERCY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 28, 2009
Motion/Pleadings: MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582
Filed by DEFENDANT PRO SE   on  7/22/2009   Doc.# 307

RESPONSES:
UNITED STATES   on 7/28/2009    Doc.# 308
DEFENDANT PRO SE   on 8/13/2009    Doc.# 311
\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed   \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Jerry Marbut*

LC (1 OR 2)                   Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of September, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant's sentencing range as to Counts 1 and 2 (360 months to Life imprisonment) is unchanged after considering Amendments 706, 711 and 715.*

                                                         *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                     *Senior United States District Judge*