# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.  3:98cr126/LAC

**JEFFREY THERCY**

---

### ORDER

The defendant has filed a Brief for Certificate of Appeability and a motion for leave to appeal *in forma pauperis* (doc. 317 & 318), to appeal the court's denial of his motion pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 312). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief, or relief pursuant to Rule 60(b). See 28 U.S.C. 2253(c)(1)(B); *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). It does not appear that a certificate of appealability is required under the circumstances in this case where a defendant seeks to appeal the denial of a motion pursuant to § 3582 that was not construed as a § 2255 motion. See *United States v. Hernandez*, 2004 WL 1147258, *1 (4th Cir. 2004) (finding no certificate of appealability required, citing 28 U.S.C. § 2253(c)(1)(B)); *Lowe v. United States,* 2007 WL 41951, *1 (M.D.Ga. 2007) (same); *United States v. Robinson,* 2006 WL 2350016, *2 (E.D.Tex.,2006) (same); *U.S. v. Camarillo-Hernandez,* 2003 WL 1529582, *1 (5th Cir. 2003) (reviewing merits of § 3582 appeal without certificate of appealability); *United States v. Lindsey,* 3 Fed.Appx. 116-117, ,**1 (4th Cir. 2001) (same); compare *United States v. Walters ,*213 Fed.Appx. 190, *191, 2007 WL 136694, **1 (4th Cir. 2007); *United States v. Crawford ,* 2007 WL 1745876, *1 (11th Cir. 2007); *United States v. Perez,* 197 Fed.Appx. 895, *896, 2006 WL 2805648, **1 (11th Cir. 2006); *United States v. Jackson,* 187 Fed.Appx. 381, 2006 WL 1824839, **1 (5th Cir.

2006); *United States v. Miller*, 116 Fed. Appx 457 (4th Cir. 2004). To the extent one would be required, the court finds that defendant has not made a substantial showing of a denial of a constitutional right for the reasons stated in the court's order denying his original motion. (Doc. 312). Thus, his request for a certificate of appealability will be denied.

With respect to defendant's motion for leave to proceed *in forma pauperis,* the court finds that the appeal is not taken in good faith and he is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant's motion is therefore denied and he shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 20th day of October, 2009.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**